DAVID JOYCE, Respondent, v. NEW YORK MORTGAGE COMPANY, Appellant, and JAMES F. PERSHING, Defendant.— Order reversed upon the law, with ten dollars costs and disbursements, and motion of defendant New York Mortgage Company to strike the case from the calendar of Special Term for Trials and to transfer it to the Trial Term granted, with ten dollars costs. Plaintiff has brought his action at law for damages, and appellant is entitled to a jury trial. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

ANTON J. LAMBUI, Respondent, v. IDA OSTERGREN and GEORGE A. OSTERGREN, Appellants.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. (*Falk* v. *Hoffman*, 233 N. Y. 199.) Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

MORRIS LEVENSON, Appellant, v. MOREHEAD KEMP and Others, Defendants. BERTHA KEMP, Respondent.— Order denying motion to vacate judgment and for leave to plaintiff to serve a reply to the counterclaim reversed upon the law and the facts, without costs, and motion granted upon payment to respondent of costs and disbursements as taxed; judgment vacated, and plaintiff granted leave to serve a reply to the counterclaim within ten days from the entry of the order herein. Plaintiff's default was not willful and was due to excusable mistake. In light of this decision the appeals from the other two orders are dismissed, without costs. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

BETTY P. MARVIN, Respondent, v. LEWIS B. MARVIN, JR., Appellant.— We are of opinion that in view of defendant's financial condition the award of alimony and counsel fee was excessive. The order is, therefore, modified by reducing the alimony awarded pending the action to $20 weekly, and by reducing the counsel fee to $250, and as so modified affirmed, without costs. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

ABRAHAM MILLER and Others, Respondents, v. ISIDOR M. LEVEY and Others, Defendants, and LADIES' MALBISH ARUMIM SOCIETY OF THE UPTOWN TALMUD TORAH, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

WILMOT L. MOREHOUSE, Respondent, v. JACOB RUTSTEIN, Appellant.— Order denying motion for judgment dismissing complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young and Seeger, JJ., concur; Kapper, J., dissents, upon the ground that the truth or falsity of the affidavit was an issue to be determined by the court to whom such affidavit was submitted and it was, therefore, privileged. In such a case the question of malice has no place. (*Moore* v. *Manufacturers' Nat. Bank*, 123 N. Y. 420.)

ETHEL MORRIS, Respondent, v. DAVID W. DORFMANN, Appellant, and GRETTO LE BRAY, Defendant.— Order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Rule 113 of the Rules of Civil Practice is not applicable to an action for the specific performance of a contract for the sale of real property, because it is not an action brought to recover a debt or liquidated demand. (*103 Park Avenue Co.* v. *Exchange Buffet Corporation*, 203 App. Div. 739; *Securities Acceptance Corporation* v. *Kane Co., Inc.*, 119 Misc. 354; *Lowe* v. *Plainfield Trust Co.*, 216 App. Div. 72.) Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.